Submitted on record and briefs July 31, reversed and remanded August 30, 2006

DWAYNE A. GRAY,
*Petitioner,*

*v.*

BOARD OF PAROLE AND
POST-PRISON SUPERVISION,
*Respondent.*

A120727

142 P3d 119

Peter A. Ozanne, Executive Director, Peter Gartlan, Chief Defender, Legal Services Division, and Daniel M. Carroll, Deputy Public Defender II, Office of Public Defense Services, filed the brief for petitioner.

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Eric D. Wilson, Assistant Attorney General, filed the brief for respondent.

Before Haselton, Presiding Judge, and Brewer, Chief Judge, and Rosenblum, Judge.

PER CURIAM

Reversed and remanded. *Larsen v. Board of Parole*, 206 Or App 353, 138 P3d 16 (2006).